UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

OSCAR L. RAMOS MELENDEZ,
Manager of the State Insurance
Fund Corporation; Ricardo Roura
Sanabria,

     Plaintiffs,

     v.

THE M/V EMILY S AND THE BARGE
MORRIS J. BERMAN, *in rem*,
et al.,

     Defendants.

Civil No. 98-2024 (JAF)

RECEIVED & FILED
99 OCT -8 AM 9: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## O R D E R

The plaintiffs will show cause as to why this case should not be dismissed without prejudice for lack of diligent prosecution. **Ten (10) calendar days are granted from the date of issuance of this order.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 6th of October, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)