# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



JUAN A. MARTINEZ CINTRON, ET AL

VS.

THE M/V EMILY S AND THE BARGE
MORRIS J. BERMAN, ET AL

CIVIL NO. 98-2024(JAF)

## DESCRIPTION OF MOTION

DATE FILED: 10/15/99   DOCKET #: 5   TITLE: MOTION IN COMPLIANCE WITH ORDER TO SHOW CAUSE

[X] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

**X** NOTED.

OTHER: Plaintiffs will file a status report on service of summons not later than February 18, 2000 or face dismissal.

2/1/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE