# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



JUAN A. MARTINEZ CINTRON,
ETC., ET AL.

      VS.

THE M/V EMILY S AND THE
BARGE MORRIS J. BERMAN,
ETC., ET AL.,

CIVIL NO. ___98-2024___ (JAF)

---

## DESCRIPTION OF MOTION

DATE FILED: 2/28/00  DOCKET: 7    TITLE: MOTION SUBMITTING
                                  STATUS REPORT

[X] Plffs.        [] Defts.

---

## O-R-D-E-R

MOTION NOTED AND GRANTED.  SERVICE OF PROCESS BY PUBLICATION

SHALL BE ACCOMPLISHED NOT LATER THAN **APRIL 14, 2000.**

3-/13/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE