# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO




JUAN A. MARTINEZ-CINTRON,
ETC., ET AL.

        VS.                             CIVIL NO. __98-2024__ (JAF)

THE M/V EMILY S AND THE
BARGE MORRIS J. BERMAN,
ETC., ET AL.

---

## DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: |
|---|---|---|
| [ ] Plffs. | [ ] Defts. | |

---

## O-R-D-E-R

The manager of the PR State Insurance Fund will show cause before 6/15/00 as to why their claim shall not be dismissed for failing to strictly comply with our order of 3/13/00, #B regarding the completion of substituted service of summons by a date certain.



_____5/25/00_____
DATE

_____[signature]_____
JOSE A. FUSTE
U.S. DISTRICT JUDGE

