UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN A. MARTINEZ-CINTRON, MANAGER OF THE STATE INSURANCE FUND CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE M/V "EMILY S" AND THE BARGE MORRIS J. BERMAN, etc., et al., <br><br> Defendants. | Civil No. 98-2024 (JAF) |

### O R D E R

The Judges have agreed to the reassignment of forty-five cases to the docket of the Honorable Jay García-Gregory, who will take the oath of office effective August 1, 2000.

Pursuant to the above, the present case is assigned to the docket of Judge García-Gregory.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 11th day of July, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)