UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

OSCAR RAMOS MELENDEZ, et al

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-2024 (JAG)

THE M/V EMILY'S, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/18/00<br>**Title:** Motion for Entry of Default<br>**Docket(s):** 9<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | **GRANTED.** Judgment shall enter against defendants Peter Frank, Bunker Group, Inc., and New England Marine Services, Inc.<br><br>The record does not indicate that plaintiff has made any efforts to prosecute this case following service of process to defendants Metlife Capital Corporation and Park Lane Associates in March, 1999. Accordingly, the case against those two defendants will be dismissed for lack of diligent prosecution. Judgment shall enter accordingly. |

Date: August 14, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge