IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

OSCAR RAMOS MELENDEZ, et al

**Plaintiff(s)**

v.                                                      CIVIL NO.   98-2024 (JAG)

THE M/V EMILY'S, et al

**Defendant(s)**

---

## JUDGMENT

Pursuant to Docket No. 16, the Court enters judgment for plaintiffs against defendants Peter Frank, Bunker Group, Inc. And New England Marine Services, Inc.

Also pursuant to Docket No. 16, this Court enters judgment in favor of defendants Metlife Capital Corporation and Park Lane Associates.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of August, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge


